UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TEVIN ROBERTS,**

   **Plaintiff,**

v.              **Case No. 6:25-cv-508-CEM-DCI**

**SC PROTECTION & SECURITY
AGENCY LLC,**

   **Defendant.**

                /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Renewed Motion for Entry of Final Default Judgment (Doc. 26). The United States Magistrate Judge issued a Report and Recommendation (Doc. 27), recommending that the Motion be denied and Plaintiff be granted leave to file an amended complaint.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Renewed Motion for Entry of Final Default Judgment (Doc. 26) is **DENIED**.

3. **On or before July 23, 2026**, Plaintiff may file an Amended Complaint. Failure to do so will result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record